```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CR. S-10-183 JAM |
| Plaintiff, ) | ) STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | ) EXCLUDING TIME |
| KYLE LEGERE ) | ) |
| Defendant. ) | ) Hon. John A. Mendez |

The parties request that the status conference currently set for June 15, 2010, be continued to July 27, 2010, and stipulate that the time beginning June 15, 2010, and extending through July 27, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties seek additional time to prepare .  Therefore, the parties have agreed and respectfully request that the Court

1

1 | reschedule the status conference for July 27, 2010.
2 | IT IS SO STIPULATED.

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
United States Attorney

Dated: June 14, 2010            By:<u>/s/ Michael M. Beckwith</u>
                                          MICHAEL M. BECKWITH
                                          Assistant U.S. Attorney

Dated: June 14, 2010            By:<u>/s/ David Martin Michael</u>
                                          DAVID MARTIN MICHAEL
                                          Attorney for defendant
                                          Kyle Legere

**ORDER**

For the reasons stated above, the status conference in case number CR. S-10-183 JAM, currently set for June 15, 2010, is continued to July 27, 2010 at 9:30 a.m.; and the time beginning June 15, 2010, and extending through July 27, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 14, 2010                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge