```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | |
|---|---|
| ) | CR. S-10-183 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| KYLE LEGERE ) | |
| ) | |
| Defendant. ) | Hon. John A. Mendez |

The parties request that the status conference currently set for July 27, 2010, be continued to August 17, 2010, and stipulate that the time beginning July 27, 2010, and extending through August 17, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties seek additional time to prepare .  Therefore, the parties have agreed and respectfully request that the Court

1

1  reschedule the status conference for August 17, 2010.
2  IT IS SO STIPULATED.
3
4                                        Respectfully Submitted,
5                                        BENJAMIN B. WAGNER
                                         United States Attorney
6
7  Dated: July 15, 2010         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
8                                   Assistant U.S. Attorney
9
   Dated: July 15, 2010         By:/s/ Richard J. Troberman
10                                  RICHARD J. TROBERMAN
                                    LEAD Attorney for defendant
11                                  Kyle Legere
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>ORDER</u>**

For the reasons stated above, the status conference in case number CR. S-10-183 JAM, currently set for July 27, 2010, is continued to August 17, 2010 at 9:30 a.m.; and the time beginning July 27, 2010, and extending through August 17, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: July 15, 2010                /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge