```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S 10-183 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| ) | |
| KYLE LEGERE, ) | |
| Defendant. ) | Hon. John A. Mendez |

   The parties request that the status conference currently set for October 19, 2010, be continued to December 7, 2010, and stipulate that the time beginning October 19, 2010, and extending through December 7, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

1

The parties are in the process of discussing and negotiating a resolution to this case. However, the defendant will need time to consider any offer made by the government in light of the discovery. As such, the attorney for the defendant needs more time to prepare, which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of this case, conducting necessary legal research and investigation, and discussing with their client how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: October 15, 2010        By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

Dated: October 15, 2010        By:/s/ Richard J. Troberman
                                  RICHARD J. TROBERMAN
                                  Attorney for defendant
                                  Kyle Legere

Dated: October 15, 2010        By:/s/ David M. Michael
                                  DAVID M. MICHAEL
                                  Attorney for defendant
                                  Kyle Legere

**<u>ORDER</u>**

For the reasons stated above, the status conference in case number CR. S-10-183 JAM, currently set for October 19, 2010, is continued to December 7, 2010 at 9:30 a.m.; and the time beginning October 19, 2010, and extending through December 7, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 15, 2010              /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge